IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00814-WYD-MJW

JON BARNETT,

Plaintiff,

v.

PRINCIPAL LIFE INSURANCE COMPANY,

Defendant.

---

# ORDER REGARDING
# PLAINTIFF'S MOTION TO COMPEL DISCOVERY (DOCKET NO. 17)

---

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the Plaintiff's Motion to Compel Discovery **(Docket No. 17)** is **GRANTED IN PART AND DENIED IN PART** as set forth below. The subject motion (docket no. 17) is **GRANTED** as to interrogatories numbered 5 and 7 for the reasons stated below. Defendant Principal Life shall provide to Plaintiff full and complete responses to interrogatories 5 and 7 on or before **October 22, 2010.**

**Interrogatory no. 5:** Defendant Principal Life's objections are overruled. Defendant Principal Life shall fully and completely respond to this interrogatory. This information is relevant to Plaintiff's second and third claims for relief (insurance bad faith and unreasonable delay/denial of benefits) and is also relevant on Defendant Principal Life's third and seventh affirmative defenses (pertaining to the reasonableness of Principal Life's conduct) because such information may very well reveal the nature and scope of Defendant Principal Life's investigation, review, consideration, and rejection of

Plaintiff's claim. See Fed. R. Civ. P. 26(a)(1) and Savoy v. Richard A. Carrier Trucking, Inc., 176 F.R.D. 10 (D. Mass. 1997).

**Interrogatory no. 7:** Defendant Principal Life's objections are overruled. Defendant Principal Life's response to this interrogatory is insufficient and incomplete on its face. Merely referring to documents in response to this interrogatory is insufficient.

The subject motion (docket no. 17) is **DENIED** as to interrogatory no. 11 because such interrogatory is patently overly broad and unduly burdensome.

It is further **ORDERED** that each party shall pay their own attorney fees and costs for this motion finding that under the facts and circumstances of this case it would unjust to award expenses. See Fed. R. Civ. P. 37(a)(5)(C).


Date: October 4, 2010          s/ Michael J. Watanabe
     Denver, Colorado          Michael J. Watanabe
      United States Magistrate Judge