IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-00814-WYD-MJW

JON L. BARNETT, an individual,

    Plaintiff,

v.

PRINCIPAL LIFE INSURANCE COMPANY, an Iowa corporation,

    Defendant.

## ORDER

    THIS MATTER comes before the Court on the Stipulated Motion for Dismissal With Prejudice [ECF No. 33], filed December 17, 2010.  The Court, having reviewed the motion and being fully advised in the premises, hereby

    ORDERS that the motion is **GRANTED**.  In accordance therewith, this action is **DISMISSED WITH PREJUDICE**, with each side to pay its own costs and attorney's fees.

    Dated:  December 20, 2010.

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Chief United States District Judge